

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-22-00170-CV |
| CARLOS HERNANDEZ and AARON'S, INC., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |

## MEMORANDUM OPINION

Relators, Carlos Hernandez and Aaron's, Inc., have filed an unopposed motion to dismiss this petition for writ of mandamus. *See* TEX.R.APP.P. 42.1(a) (governing voluntary dismissals). By letter, Relators indicate the dispute underlying this original proceeding has been settled.

Accordingly, we grant Relators' unopposed motion and dismiss this original proceeding. *See* TEX.R.APP.P. 42.1(a), 43.2(f). Court costs are taxed against Relators. *See* TEX.R.APP.P. 42.1(d) (court to tax costs against appellant absent agreement of the parties).

YVONNE T. RODRIGUEZ, Chief Justice

October 12, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.